UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHERRY L. SPARKMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C07-5337FDB-JKA<br><br><br><br>ORDER FOR EXTENSION OF TIME |

Based on stipulation between the parties, it is hereby ORDERED that the scheduling order be amended as follows:

- Defendant's Responsive Brief due December 21, 2007;
- Plaintiff's Reply Brief due January 4, 2008.

DATED this 28th day of November, 2007.

*/s/ J. Kelley Arnold*

Page 1        ORDER - [3:07-CV-5337-FDB-JKA]

UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Joanne Dantonio
JOANNE DANTONIO
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA  98104-7075
Phone: 206-615-2730
Fax:    206-615-2531
joanne.dantonio@ssa.gov