IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHERRY L. SPARKMAN, ) | Civil No. 3:07-CV-5337-FDB-JKA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR |
| ) | ATTORNEY FEES |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant ) | |
| _____) | |

Based on the stipulation of the parties it is hereby ORDERED, that attorney fees in the amount of $3,687.37, expenses in the amount of $47.23, for a total of $3,734.60, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and that costs in the amount of $366.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920.  The check(s) shall be mailed to Plaintiff's attorney's office:  Teal M. Parham, 910 12th Avenue - PO Box 757, Longview, WA 98632.  Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

PROPOSED ORDER  [3:07-CV-5337-FDB-JKA] -1

DATED this 28th day of March 2008.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/TEAL M. PARHAM
Teal M. Parham WSB #21954
Attorney for Plaintiff
910 12th Avenue
Longview WA  98632
Telephone:  (360) 423-3810
FAX:  (360) 423-3812
tparham@qwestoffice.net

PROPOSED ORDER  [3:07-CV-5337-FDB-JKA] -2